# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-01667-CMA-KMT

ZILKA BODEN,

    Plaintiff,

v.

LARADON HALL SOCIETY FOR EXCEPTIONAL
CHILDREN AND ADULTS, a non-profit corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Order of Dismissal With Prejudice (Doc. # 19). The Court having reviewed the motion and being fully advised, hereby GRANTS the motion and it is

ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and costs.

DATED: December __3__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge